UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DAVID TALBOT<br>327 Montcalm Street<br>San Francisco, CA 94110<br><br>JEFFERSON MORLEY<br>1804 Kenyon Street, N.W.<br>Washington, D.C. 20010<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY<br>Washington, D.C. 20505<br><br>U.S. DEPARTMENT OF STATE<br>Washington, D.C. 20520<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-0277 (RJL) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Rhonda C. Fields, Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

Respectfully submitted,

_____/s/_____
RHONDA C. FIELDS
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4804
Washington, D.C.  20530
(202) 514-6970