UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID TALBOT, et al.                    :
                                        :
          Plaintiffs                    :
                                        :
     v.                                 :     Civil Action No. 07-0277 (RJL)
                                        :
CENTRAL INTELLIGENCE AGENCY             :
   et al.,                              :
                                        :
          Defendants                    :

FIRST AMENDED COMPLAINT
[Freedom of Information Act, 5 U.S.C. § 552, et seq.]

JURISDICTION AND PARTIES

1.   Plaintiffs bring this action under the Freedom of Information Act, 5 U.S.C. § 552.

2.   Plaintiff David Talbot ("Talbot") is a journalist and the founder of Salon.com.  He is author of a forthcoming book Brothers: The Hidden History of the Kennedy Years (Free Press/Simon & Schuster).  He is a resident of San Francisco, California.

3.   Plaintiff Jefferson Morley ("Morley") is a news editor at washingtonpost.com.  He is also author of a forthcoming book, Spies and Knaves:  Win Scott and the Rise of the CIA (University Press of Kansas), a biography of Winston Scott, who was the CIA's station chief in Mexico City at the time President John F. Kennedy was assassinated.  He is a resident of the District of Columbia.

4.   Defendant CENTRAL INTELLIGENCE AGENCY ("CIA") is an agency of the United States Government and has possession and control of

2

records requested by plaintiff Talbot which are the subject of this action.

5. Defendant U.S. DEPARTMENT OF STATE ("DOS") is an agency of the United States Government and has possession and control of records requested by plaintiff Morley which are the subject of this action.

## FIRST CAUSE OF ACTION

6. By letter dated December 7, 2006, Talbot submitted a request for two categories of records pertaining to George Joannides, David Morales, and Gordon Campbell:

a. All records pertaining to temporary duty (TDY) travel during the period January-December, 1968, including but not limited to all Current Residence and Dependency Reports.

b. All photographs of George Joannides, David Morales, or Gordon Campbell, whether taken individually or in groups, including any photographs in disguise. See Exhibit 1.

7. Talbot asked that he be accorded status as a representative of the news media pursuant to 5 U.S.C. § 552(a)(4)(A)(ii)(II).

8. Talbot also asked that his request be given expedited processing in accordance with the provisions of 5 U.S.C. § 552(a)(6)(E). As grounds for his request, Talbot stated that last November BBC-TV had aired a documentary in which it reported that three former CIA officials who had worked for the Agency's JM/WAIVE station in Miami, Florida during the 1960s appeared in films taken at

3

the Ambassador Hotel in Los Angeles the night Senator Robert F. Kennedy was assassinated.  Id.

9.    Talbot further stated that one of the three, David Morales, had long been the subject of speculation that he was involved in the assassination of President Kennedy, and on at least two occasions he is said to have made statements implicating himself in the President's assassination, and on one occasion the assassination of Senator Robert Kennedy as well.  Id.

10.    Talbot further represented that these allegations appeared to be backed by some credible witnesses and thus "raise an issue of great public urgency," noting that, "[i]f true, the implications are potentially far-ranging and explosive.  If the allegations made on the BBC program are not founded in fact, the public record should be clarified to show that as soon as possible."  Id.

11.    Talbot noted that the allegations aired in the British documentary were also the subject of an article in The  Guardian and that the Baltimore Chronicle ran a lengthy piece by a British historian calling for a reopening of both the JFK and RFK assassinations. He attached copies of these two articles to his request. See Exhibit 1.

12.    Additionally, Talbot pointed out that the BBC program had generated significant online discussion in the comment boards for both The Guardian and BBC web sites.  Moreover, the popular news aggregator del.icio.us.com reported that 57 people stored the story for future reference.  Looking at the site's daily rankings, this indicates that the BBC allegations are probably among the five or

4

ten most referenced Web articles.  Id., citing http://del.icio.us/ popular/?new of recent weeks.

13.    By letter dated December 15, 2006, Mr.Scott Koch ("Koch"), Information and Privacy Coordinator of the CIA, responded to Talbot's request.  He asserted that two former clients of Talbot's attorney had failed to pay search fees for requests they submitted in 1995 and 1999.  He alleged that because of this, CIA regulations prevented the Agency from accepting Talbot's request. He further stated that upon payment of the sum owed, Talbot's request could be resubmitted.  See Exhibit 2.

14.  By letter dated December 23, 2006, Mr. James H. Lesar, Talbot's counsel, sent the CIA a check for the fees owed by his former clients.  See Exhibit 3.

15.  By letter dated January 12, 2007, Talbot resubmitted his request via facsimile.  In this letter his counsel informed the CIA that Talbot and another reporter had signed a contract to do a story for The New Yorker magazine "which will report on the claim made on BBC-TV that three CIA officers connected to [the CIA's] JM/WAVE station were present at the Ambassador Hotel in Los Angeles the night Senator Robert F. Kennedy was assassinated.  He also stated that they had a March 1, 2007 deadline for submitting their story to The New Yorker.  See Exhibit 4.

16.  By letter dated January 23, 2007, the CIA advised Talbot that it was denying his request for expedited processing of his request, asserting that it "does not demonstrate a 'compelling need'" under its regulations.  See Exhibit 5.

5

17. By letter dated February 21, 2007, Talbot advised the CIA that he was withdrawing his request for records pertaining to Gordon Campbell. See Exhibit 6.

18. No further correspondence has been exchanged between the parties.

19. Plaintiff has exhausted his administrative remedies.

20. Plaintiff has a legal right under the FOIA to have defendant expedite the processing of his request and there is no legal basis for its denial of said right.

21. Plaintiff has a legal right to obtain the records he has requested and there is no legal basis for defendant denial of said right.

22. Plaintiff is entitled to status as a representative of the news media and there is no basis for defendant's denial of said right.

## SECOND CAUSE OF ACTION

23. Plaintiff Morley realleges paragraphs 1-5 and 18-21 above and incorporates them herein by reference.

24. By letter dated January 12, 2007, Morley submitted a request to the Department of State for "all passport and visa records pertaining to Mr. George Joannides for the years 1963-1964 and 1967-1968. He requested expedited processing of his request pursuant to 5 U.S.C. § 552(A)(6)(E). See Exhibit 7 (attachments omitted as they duplicate those appended to Talbot's December 7, 2007 request).

6

25.  DOS received Morley's request on January 18, 2007.  <u>See</u> Exhibit 8.

26.  In support of his demand for expedited processing, Morley stated the same facts and justifications as are set forth in paragraphs 9-13 above, and these are incorporated herein by reference. <u>Id</u>.

27.  By letter dated February 21, 2007, Morley advised DOS that he was withdrawing his request for records pertaining to Gordon Campbell.  <u>See</u> Exhibit 9.

28.  No response to Morley's request has been received from DOS to date.

WHEREFORE, plaintiffs pray that this Court:

(1) order defendants CIA and DOS to promptly make available to them all nonexempt information responsive to their request;

(2) order defendants CIA and DOS to grant plaintiffs status as representatives of the news media pursuant to 5 U.S.C. § 552(a)(4)(A)(ii)(II);

(3) order defendants to file a <u>Vaughn v. Rosen</u> index which will list all responsive documents and provide a detailed justification for any information that is withheld from such records;

(4) order defendants to conduct a thorough search in all pertinent agency components which are likely to possess responsive records;

(5) award plaintiffs reasonable attorney's fees and costs as provided in 5 U.S.C. § 552((a)(4)(E);

7

(6) grant such other and further relief as the Court may deem just and proper.

_____
JAMES H. LESAR
1003 K Street, N.W.
Suite 640
Washington, D.C. 20001
Phone:  (202) 393-1921

Counsel for Plaintiffs

DATED:  February 22, 2007

JAMES H. LESAR
ATTORNEY AT LAW
1003 K STREET, N.W., SUITE 640
WASHINGTON, D.C. 20001

TELEPHONE (202) 393- 1921
FAX (202) 393-7310

**FREEDOM OF INFORMATION ACT REQUEST
AND REQUEST FOR EXPEDITED PROCESSING**

**December 7, 2006**

Mr. Scott Koch
Freedom of Information and Privacy
   Coordinator
Central Intelligence Agency          **VIA FACSIMILE AND CERTIFIED MAIL
Washington, D.C. 20505                NO. 7002 2410 0006 2154 7391**

          Re:   George Joannides, David
                Morales and Gordon Campbell

Dear Mr. Koch:

     I represent **Mr.** David Talbot.   Mr. **Talbot is an author and
journalist and was** founder of Salon.com, for which he also writes.
He is author of a forthcoming book on the Kennedy administration.

     Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, et
leg., Mr. Talbot requests the following records pertaining to
George Joannides, David Morales, and Gordon Campbell be provided,
and that their processing be expedited:

     1.   All records pertaining to **temporary duty (TDY) travel**
during the period January-December, 1968, including but not limited
to all Current Residence and Dependency Reports.
                s
     2.   All photographs of Joannides, Morales, or Campbell,
whether taken individually or in groups, including any photographs
in disguise.

     The search for these records should include CIA Headquarters
and your stations in Miami, New Orleans, and Los Angeles.

     The search should also include any **pseudonyms, cryptonyms,
code names** or aliases used by these individuals.   Mr. Joannides
also used the name "Walter Newby."

     Please immediately advise all CIA *components* which may have
records responsive to this request that it is unlawful to destroy
such records while this request is pending.

     As a journalist and author, **Mr. Talbot is a representative of
the news media** under 5 *U.S.C.* § 552(a)(4)(A)(ii)(II) and cannot be
charged search fees.

**Exhibit 1**

Pursuant to 5 U.S.C. § 552 (a) (6) (E) (1) , Mr. **Talbot requests** expedited processing of these records. In conformity with your regulation governing expedited processing, 32 C.F.R. § 1900.34(c), Mr. Talbot is a person primarily engaged in disseminating information and the information he seeks is "relevant to a subject of public urgency concerning an actual or alleged Federal government activity.

On November 21, 2006, **BBC-TV aired a documentary which re-ported that three former CIA officials who had worked for the CIA's JMWAVE station in Miami, Florida** during the 1960s appeared in films taken at the Ambassador Hotel in Los Angeles the night Senator Robert F. Kennedy was assassinated. One of the three, David Morales, has long been the subject of speculation that he was in-volved in the assassination of President Kennedy, and on at least two occasions he is said to have made statements implicating him-self in the Presidents assassination, and on one occasion the assassination of Senator Robert Kennedy as well.

These allegations, which **appear to be backed by some credible witnesses, raise issues of great public urgency.** If true, the im-plications are potentially *far-ranging* and explosive. If the alle gations made on the BBC program are not founded in fact, the public record should be clarified to show that as soon as possible.

Mr. Talbot also urgently needs to obtain the requested materi-als as he faces a publishing deadline which expires in March, 2007.

In addition to the BBC-TV documentary, these allegations were the subject of a an article in <u>The Guardian</u>. In addition, the Baltimore <u>Chronicle</u> ran a lengthy piece by a British historian calling for a reopening of both the JFK and RFK assassinations. Copies of these two articles are attached.

The **BBC program** has also **generated significant** *online* dis-*cussion in the* comment boards for the both the Guardian and BBC web sites. In addition, the popular news aggregator <u>del.icio.us.com</u> reports that 57 people have stored the BBC story for future refer-ence. Looking at the sites daily *rankings,* this indicates that the BBC allegations are probably among the five or ten most referenced Web articles. <u>See http://del.icio.us/popular/?new</u> of recent weeks.

The Freedom of Information Act provides that you have ten calendar days to **make-a. determination** whether or not to expedite processing of this re~~4t. Please advise me of your decision my fax or email. My fax' number is (301) 657-3699. My email address is <u>jlesar@mindspring.com</u>.

*61.ncereiy your*,*

CgSTI1ⁱIC71TI0-T

  *i, David Talbot, hereby *ortify, to the best of my knowledge
and belief, that the following facts are true and correct..*

  *1.  I am a* journa3,ist primarily *engaged in the dissemination
of information.*   "

  *2.  I have a compelling used to obtain the above-requested in-
formation apoodily as i have a publication deadline in march,* 2007.

  3.  On November 21, 2006, BBC-TV aired a *documentary which re-*
ported that three fosnee CIA officials who had worked for the CIA, a
JmRAVB *station in Niami;- florida during the* 1960s appeared in films
*taken at the Ambassador* Hotel *in Los Angeles* the *night senator
Robert P. Kennedy was assassinated.    one of the three, David
morals, has long been the subject of speculation that he was in-*
volved in the assassination of president ]Kennedy,  and according to
an article in The Suadian he is said to have *made statements on at
least two different occasions implicating him-self in* the assassi-
nation or President Kennedy, and on one occasion the *assassina-*
tion of Senator Robert Kennedy as well.

         **DAVID TALBOT** · . _V

# Did the CIA kill Bobby Kennedy?

**In 1968, Robert Kennedy seemed likely to follow his brother, John, into the White House. Then, on June 6, he was assassinated - apparently by a lone gunman. But Shane O'Sullivan says he has evidence implicating three CIA agents in the murder**

Monday November 20, 2006
The Guardian

At first, it seems an open-and-shut case. On June 5 1968, Robert Kennedy wins the California Democratic primary and is set to challenge Richard Nixon for the White House. After midnight, he finishes his victory speech at the Ambassador hotel in Los Angeles and is shaking hands with kitchen staff in a crowded pantry when 24-year-old Palestinian Sirhan Sirhan steps down from a tray-stacker with a "sick, villainous smile" on his face and starts firing at Kennedy with an eight-shot revolver.

As Kennedy lies dying on the pantry floor, Sirhan is arrested as the lone assassin. He carries the motive in his shirt-pocket (a clipping about Kennedy's plans to sell bombers to Israel) and notebooks at his house seem to incriminate him. But the autopsy report suggests Sirhan could not have fired the shots that killed Kennedy. Witnesses place Sirhan's gun several feet in front of Kennedy, but the fatal bullet is fired from one inch behind. And more bullet-holes are found in the pantry than Sirhan's gun can hold, suggesting a second gunman is involved. Sirhan's notebooks show a bizarre series of "automatic writing" - "RFK must die RFK must be killed - Robert F Kennedy must be assassinated before 5 June 68" - and even under hypnosis, he has never been able to remember shooting Kennedy. He recalls "being led into a dark place by a girl who wanted coffee", then being choked by an angry mob. Defence psychiatrists conclude he was in a trance at the time of the shooting and leading psychiatrists suggest he may have be a hypnotically programmed assassin.

Three years ago, I started writing a screenplay about the assassination of Robert Kennedy, caught up in a strange tale of second guns and "Manchurian candidates" (as the movie termed brainwashed assassins). As I researched the case, I uncovered new video and photographic evidence suggesting that three senior CIA operatives were behind the killing. I did not buy the official ending that Sirhan acted alone, and started dipping into the nether-world of "assassination research", crossing paths with David Sanchez Morales, a fearsome Yaqui Indian.

Morales was a legendary figure in CIA covert operations. According to close associate Tom Clines, if you saw Morales walking down the street in a Latin American capital, you knew a coup was about to happen. When the subject of the Kennedys came up in a late-night session with friends in 1973, Morales launched into a tirade that finished: "I was in Dallas when we got the son of a

bitch and I was in Los Angeles when we got the little bastard." From this line grew my odyssey into the spook world of the 60s and the secrets behind the death of Bobby Kennedy.

Working from a Cuban photograph of Morales from 1959, I viewed news coverage of the assassination to see if I could spot the man the Cubans called El Gordo - The Fat One. Fifteen minutes in, there he was, standing at the back of the ballroom, in the moments between the end of Kennedy's speech and the shooting. Thirty minutes later, there he was again, casually floating around the darkened ballroom while an associate with a pencil moustache took notes.

The source of early research on Morales was Bradley Ayers, a retired US army captain who had been seconded to JM-Wave, the CIA's Miami base in 1963, to work closely with chief of operations Morales on training Cuban exiles to run sabotage raids on Castro. I tracked Ayers down to a small town in Wisconsin and emailed him stills of Morales and another guy I found suspicious - a man who is pictured entering the ballroom from the direction of the pantry moments after the shooting, clutching a small container to his body, and being waved towards an exit by a Latin associate.

Ayers' response was instant. He was 95% sure that the first figure was Morales and equally sure that the other man was Gordon Campbell, who worked alongside Morales at JM-Wave in 1963 and was Ayers' case officer shortly before the JFK assassination.

I put my script aside and flew to the US to interview key witnesses for a documentary on the unfolding story. In person, Ayers positively identified Morales and Campbell and introduced me to David Rabern, a freelance operative who was part of the Bay of Pigs invasion force in 1961 and was at the Ambassador hotel that night. He did not know Morales and Campbell by name but saw them talking to each other out in the lobby before the shooting and assumed they were Kennedy's security people. He also saw Campbell around police stations three or four times in the year before Robert Kennedy was shot.

This was odd. The CIA had no domestic jurisdiction and Morales was stationed in Laos in 1968. With no secret service protection for presidential candidates in those days, Kennedy was guarded by unarmed Olympic decathlete champion Rafer Johnson and football tackler Rosey Grier - no match for an expert assassination team.

Trawling through microfilm of the police investigation, I found further photographs of Campbell with a third figure, standing centre-stage in the Ambassador hotel hours before the shooting. He looked Greek, and I suspected he might be George Joannides, chief of psychological warfare operations at JM-Wave. Joannides was called out of retirement in 1978 to act as the CIA liaison to the House Select Committee on Assassinations (HSCA) investigating the death of John F Kennedy.

Ed Lopez, now a respected lawyer at Cornell University, came into close contact with Joann-des when he was a young law student working for the

committee. We visit him and show him the photograph and he is 99% sure it is Joannides. When I tell him where it was taken, he is not surprised: "If these guys decided you were bad, they acted on it.

We move to Washington to meet Wayne Smith, a state department official for 25 years who knew Morales well at the US embassy in Havana in 1959-60. When we show him the video in the ballroom, his response is instant: "That's him, that's Morales." He remembers Morales at a cocktail party in Buenos Aires in 1975, saying Kennedy got what was coming to him. Is there a benign explanation for his presence? For Kennedy's security, maybe? Smith laughs. Morales is the last person you would want to protect Bobby Kennedy, he says. He hated the Kennedys, blaming their lack of air support for the failed Bay of Pigs invasion in 1961.

We meet Clines in a hotel room near CIA headquarters. He does not want to go on camera and brings a friend, which is a little unnerving. Clines remembers "Dave" fondly. The guy in the video looks like Morales but it is not him, he says: "This guy is fatter and Morales walked with more of a slouch and his tie down." To me, the guy in the video does walk with a slouch and his tie is down.

Clines says he knew Joannides and Campbell and it is not them either, but he fondly remembers Ayers bringing snakes into JM-Wave to scare the secretaries and seems disturbed at Smith's identification of Morales. He does not discourage our investigation and suggests others who might be able to help. A seasoned journalist cautions that he would expect Clines "to blow smoke", and yet it seems his honest opinion.

As we leave Los Angeles, I tell the immigration officer that I am doing a story on Bobby Kennedy. She has seen the advertisements for the new Emilio Estevez movie about the assassination, Bobby. "Who do you think did it? I think it was the Mob," she says before I can answer.

"I definitely think it was more than one man," I say, discreetly.

Morales died of a heart attack in 1978, weeks before he was to be called before the HSCA. Joannides died in 1990. Campbell may still be out there somewhere, in his early 80s. Given the positive identifications we have gathered on these three, the CIA and the Los Angeles Police Department need to explain what they were doing there. Lopez believes the CIA should call in and interview everybody who knew them, disclose whether they were on a CIA operation and, if not, why they were there that night.

Today would have been Robert Kennedy's 81st birthday. The world is crying out for a compassionate leader like him. If dark forces were behind his elimination, it needs to be investigated

Shane O'Sullivan's investigation will be shown tonight on Newsnight, BBC2, 10.30pm.

It's Time to Re-Open the Investigation of RFK and JFK Assassination...     http://baltimorechronicle.com/2006/11/2206CARMICHAEL.shtml

**BALTIMORE Chronicle**  ☙ PRIM   OWl   EMAIL   FEEDBACK

**JFK Research Site**
Browse and search the largest digital archive available.

**Politics in Pictures**
Boston Globe photo archives. JFK Jackie. Clinton, Kerry.

**Baltimore & Maryland**

11.21 New Zealand's Earthrace Boat and Crew To Visit Inner Harbor on Nov. 23 & 24

11.02 This Election, the Medium Really Is the Message

**Art & Entertainment**

11.21 Isikoff on Iraq: "At a minimum negligence in the commission of a fraud"

**Environment**

Ref.: What is Global Warming, and what can citizens do about it?

**Advice**

11.17 How Rent Makes Poverty

**U.S. News Media Criticism**

11.22 2008

11.17 Alternative Media Can Balance Establishment's Experts

11.10 Morning-After Pundits Take Winners to Task

11.07 Midterms and the Media

10.30 Catapulting the Propaganda with the Washington Post

**Letters**

**Open Letters:**

11.09 Rumsfeld replacement (Robert Gates) was director of voting company

11.07 The best defense is a good offense, so VOTE!

11.06 Pick a Number

11.06 If You Care About Higher Education in Maryland, the Gubernatorial Choice is Clear: O'Malley

**Editorials & Op-Eds**

11.22 It's Time to Re-Open the Investigation of RFK and JFK Assassinations

11.21 Congress Should Immediately Terminate the 2001 AUMF

11.06 Statewide Questions on the Ballot: Yes for 1, 2 and 3; No for 4

10.25 Forget her "Pledge," She Took an Oath: Why Pelosi is Wrong on Impeachment

10.24 Let's March in January! An Impeachment Call to Action

**United States**

11.23 Gates & the Iran Arms Sales

11.21 TH*NK*NG REALITIES

11.20 Daggers Drawn - DLC versus DNC

11.17 Forget About Centrism: We Must Reclaim the Inspired Edge

11.15 Delusions of Separation

11.15 Blackmail & Bobby Gates

11.15 Family Feud: Little Bush Hits Back at Daddy

11.15 Credit Ned Lamont with Democrats' Antiwar Position

11.15 Why Impeachment, Sadly, Is a Non-Starter

**ANALYSIS:**

## It's Time to Re-Open the Investigation of RFK and JFK Assassinations

by MICHAEL CA"ICHAEL

Nov. 22, 2006–Planning to write a film script about the case, Shane O'Sullivan, an independent researcher, investigated the assassination of RFK. But, O'Sullivan found much more than he had hoped.

On Monday night, the BBC broadcast O'Sullivan's report on their high-profile programme, "Newsnight." O'Sullivan's findings shocked many people. Working through an exhaustive analysis of videotapes made at the Ambassador Hotel on the night of RFK's assassination, O'Sullivan identified three figures as former agents of the CIA. Two of the agents O'Sullivan identified could be seen moving away from the hotel pantry shortly after the shooting of RFK.

Following his preliminary identifications, O'Sullivan presented the video images to more authoritative sources, men who knew the three agents personally. While there was a slender degree of uncertainty (circa 5-10%) the men in the videos were positively identified as the former CIA agents:

- o David Sanchez Morales;
- o Gordon Campbell and
- • George Joannides

Morales was known to be involved in coups d etats throughout Latin America and he had a reputation of a dangerous man with an explosive temper who was capable of violence. To entertain his friends, Morales would tell stories about his involvement in the killing and capture of Che Guevara, coups in Latin America and other nefarious covert activities.

Two of the CIA agents in the Ambassador Hotel: Morales and Joannides are now dead, while the whereabouts of the third, Campbell, are presently unknown.

O'Sullivan interviewed Bradley Ayers, U.S. Army Captain retired, who had been stationed at JM-Wave, the Miami base for the CIA. In 1963, David Morales was the Chief of Operations at JM-Wave. Ayers and Morales trained Cuban exiles in the arts of sabotage to be deployed in covert action against the regime of Fidel Castro. On camera, Ayers identified Morales and Campbell with what he described as 95% accuracy. Following that positive identification, Ayers introduced O'Sullivan to David Rabern, a freelance mercenary who had been contracted by the CIA to participate in the Bay of Pigs invasion in 1961. Rabern had been in the ballroom of the Ambassador Hotel on the fateful night in 1968.

While Rabern did not know Morales and Campbell by name, he had noticed them talking to each other in the hotel lobby prior to the assassination. Earlier in the same year, Rabern had noticed Campbell in and around several police stations. If true, this report is rather odd, considering that the CIA has no jurisdiction

hhe assassination of JFK –*c*ould seem to be an eternal mystery that has long since passed into the realm of myth; however, that is not the case for today; technoloLy has provided a Kealth of new tools scith which to examine evidence in criminal cases–even cold cases over forte years old.

Place ir. Ad ...
Ads by Goooooogle

**The Zapruder Film at MPI**
The Zapruder assassination images restored on DVD at MPI. Order Now!
vide~.com)

**Law2000, Inc.**
Computer Forensic Experts Criminal, Civil, Corporate
I.MV.Law2.uuv.net

**john f kennedy**
Free information and resources about john f kennedy
joho-f-ken~e.:y aaffix corr

**Positive ID Solutions**
Forensic & Investigation Equipment Priced to Fit Your Budget
nuv. Ahena;HForce. cor*.

Advertise on this site

The basic package has 60 channels featuring Free Speech TV & Link TV + local channels, and it includes FREE Digital Video Recorders and HDTV Receivers. Check for promotional offers!

It's Time to Re-Open the Investigation of RFK and JFK Assassination...    http://baltimorechronicle.com/2006/112206CARMICHAEL.shtml

11.13 The Democrats and Civil Liberties
11.13 Impeach for Change Kicks off National Campaign
11.13 Bush's Belated Accountability Moment
11.10 What Vote-Theft Conspiracy?
11.09 The Secret World of Robert Gates
11.09 Gates of Hell: Another Constitution-Betraying Bushist in the Pentagon
11.08 Election Postmortem: What's Next?
11.08 American Voters Just Say No
11.07 Is Bush Next?
11.06 It's Election Eve, Do You Know Where Your Country Is?
11.06 America's Slide to Totalitarianism
11.06 Reader Response to Lindorff: An Intentional Strategy to Discredit Reality
11.02 America's Point of No Return
11.02 Kerry and Bush: The Joke's on Us
11.02 Eminent-Domain Chutzpah
11.01 Postcards of the Hanging: Race and Sex in Tennessee
11.01 How Neocon Favorites Duped U.S.

10.31 All the President's Lies
10.31 The "War for Oil" Comes Home
10.27 The Crimes of Greed vs. the Crimes of Government
10.27 Election Perspective: Misreading al-Qaeda on Iraq
10.24 How Democrats Might Blow It

Middle East

11.21 American Policy in Iraq Provides the Excuse Not to Leave
11.21 Killing Hope in Beit Hanoun
11.16 Bush's "New" Iraq Strategy Revealed: More Troops, More War
11.14 No Exit: The Baker Commission and the Trap of Reality
11.13 Call It What It Is: a Massacre
11.06 "The Iraqis didn't do it."
11.03 Just a wall?
11.03 Territorial fragmentation of the West Bank
11.02 Rogue President
10.25 Blood and Gravy II: The Jackal's Feast Goes on
10.23 Israel, Palestine, and Canada
10.23 Iraq: Time for Truth and Consequences
10.21 Giving Osama What He Really Wants

The Rest of the World

11.22 Chertoff's "Chilling Vision"
11.02 Space War
10.27 Hail to the Hungarians!
10.26 The Veil and the British Male Elite

We are a Public Non-profit Newspaper. Your donation is essential to our survival.

on U.S. soil. Another bizarre fact: Morales was officially stationed in Laos in 1968.

O'Sullivan found video images of Campbell with another figure who has now been identified as George Joannides, a pivotal figure in the CIA and the re-investigation of the assassination of JFK.

Joannides had been the Chief of Psychological Warfare Operations at JM-Wave. He had retired from his CIA post, but in 1978 he returned to active duty, as it were, as the liaison between the House Select Committee on Assassinations (HSCA) during its re-investigation of the assassinations of JFK and Martin Luther King.

Puzzling, perplexing and problematic, Joannides failed to inform his colleagues at the HSCA that he had ever worked at JM-Wave. This is a troubling enigma, for it suggests that he intended to maintain his covert identity–a fact that would compromise his involvement in the HSCA and jeopardize the entire congressional investigation.

A former researcher with the HSCA, Ed Lopez, identified Joannides as the person in the Ambassador Hotel video with what he described on camera as 99% accuracy. More: Lopez recalled Joannides' obstructive practice of denying the HSCA access to crucial documents in the re-investigation of the assassination of JFK.

O'Sullivan did not stop there. Moving to Washington, he met Wayne Smith, a veteran State Department official who worked with Morales at the US embassy in Havana in the final year of the Batista regime through the Cuban Revolution in 1959 and 1960. When O'Sullivan asked him to respond to the Ambassador Hotel video, Smith immediately stated, "That's him, that's Morales." From a conversation in 1975, Smith recalled that Morales stated that JFK deserved to be assassinated. From Smith's testimony, O'Sullivan learned that Morales "hated the Kennedys"–because of their cancelling the air support for the failed Bay of Pigs invasion of 1961.

In a hotel near the CIA headquarters (now named the George H. W. Bush Center for Central Intelligence) in Langley, Virginia, O'Sullivan met with a former agent, Tom Clines who said that all of the men in the Ambassador Hotel videos had been misidentified as former CIA agents. When O'Sullivan informed him that Ayers and Smith had positively identified the men as Morales, Campbell and Joannides, Clines became "disturbed," and he refused to go on camera for the interview.

Following his interview of Clines, senior journalists in Washington advised O'Sullivan to take his testimony with a grain of salt as he was known to "blow smoke" deliberately as a routine function to dissemble facts for the press and public.

Gaeton Fonzi was the lead investigator of the HSCA investigation of the assassination of JFK. In his book, The Last Investigation, Fonzi reported the testimony of Bob Walton, a man who met Morales and discussed JFK with him. According to Fonzi's account, Morales asserted his direct involvement in the assassination of JFK as revenge for the Bay of Pigs.

On the Watergate tapes, Richard Nixon always referred to the assassination of JFK as "the Bay of Pigs thing." During Eisenhower's presidency, Nixon served as the White House liason with the CIA. As Vice-President, Nixon worked directly with Allen Dulles and other senior staff at the CIA on the planning of the Bay of Pigs operation. It should be noted that George H. W. Bush has been known to have been integral to the Bay of Pigs operation since the publication of the enormously popular

-1 omen's 1.stc
Et nter',
lanplo, meet Law
flollfne: Call
Tu1_h'ree
1-877-421-9400
under, ° : Os-m-4
p.m. 1 startng Dec 5)
Free +o alr Man land
rcaven's:

Just because you're
throwing it out
doesn't make it
trash.

bestselling book of 1991, *Plausible Denial, by* Mark Lane.

Goisle

Search    ℉ This site  (- Web

During his campaign for the presidency in 1960, Nixon was shocked that JFK made public the contents of his top-secret intelligence briefings-and had moved to Nixon's right to advocate overt military intervention against Cuba. The CIA planned to overthrow Castro in an invasion manned with exiled Cubans trained by the staff at JM-Wave. From our perspective today, It is perfectly understandable why JFK would have been compelled to make this policy position public in his presidential campaign. Had he not done so, JFK could have been tarnished with a charge of being "weak on communism," by Nixon, who had been one of the leading witch-hunters of the disgraceful McCarthy Era.

Upon his inauguration as president, JFK continued to support the plans to attack Cuba with the force of exiled Cubans-a project that Nixon had nurtured, supported and managed for the Eisenhower White House. However, JFK decided to withhold U.S. air support in order to maintain an arm's length separation from the Cuban invasion.

The Bay of Pigs became a fiasco. JFK accepted the blame, and he immediately ordered a thorough-going reorganization of the CIA. A few months later, Allen Dulles, who had been a free-wheeling manufacturer of coups d'etats while serving as Director of Central Intelligence (DCI), 'retired' after a formal conversation with JFK. JFK promptly named a new director, and John McCone, who had been the director of the Atomic Energy Commission, soon took Dulles's place as DCI.

JFK's reorientation of the CIA did not stop there. Recognizing that the agency's mission to wage a covert Cold War was dangerously counterproductive, JFK ordered the CIA to make nuclear non-proliferation its top priority. Eventually, JFK would successfully negotiate the Test Ban Treaty with Nikita Khrushev in the aftermath of the Cuban Missile Crisis-by far the most significant strategic confrontation of the entire Cold War.

While rogue elements in the U.S. intelligence community have long been suspected of meddling in his assassination and those of his brother and Martin Luther King, Jr., Shane O'Sullivan's identification of three CIA agents in the Ambassador Hotel on the night of the assassination of RFK suggests strongly that the case should be reopened. The third agent in the Ambassador Hotel, George Joannides, now appears to have been engaged in a sabotage mission during the HSCA investigation of JFK's assassination.

Shane O'Sullivan's identification of three (AA agents in the Ambassador Hotel on the night of the assassination of 121• K suggests strongly- that the case should be reopened.

The assassination of JFK would seem to be an eternal mystery that has long since passed into the realm of myth; however, that is not the case for today; technology has provided a wealth of new tools with which to examine evidence in criminal cases-even cold cases over forty years old.

While O'Sullivan is calling for a re-opening of the case of RFK, it is only reasonable to re-open JFK's case, as well.

In 1968, I was in my final year at the University of North Carolina. From my meeting with a close associate of RFK, I worked as a college and university organizer in his presidential campaign. At the time of his assassination, RFK was the leading candidate for the presidency-far ahead of his nearest rival in the polls and definitely on track to win the November election.

Seeing the BBC broadcast of videotape evidence of three unassigned CIA agents in the Ambassador Hotel Ballroom at the

time of RFK's assassination shocked me. The federal government, Congress and the criminal justice system of the United States failed to protect the president of the United States and its leading presidential candidates. Worse. They have failed to tell the truth to the American people.

Today, on the anniversary of one of the most tragic dates in American history-I propose that the cases of RFK and JFK should be re-opened in either the 110th or the 111th Congress.

We must follow the evidence exhaustively and relentlessly, leaving no stone unturned and no document unexamined regardless of its current status: Sensitive; Secret, Top Secret or Above Top Secret. To do any less would be to become complicit in the lies and cover-ups that have denied the American people of the truth.

Michael Carmichael is a historian and author based in Oxford, England, UK. He is the founder and chief executive officer of planetarymovement.org  This article is republished in the Baltimore Chronicle with permission of the author. The complete illustrated and referenced article "Death of a Presidency" by Michael Carmichael is online here.

Copyright © 2006 The Baltimore Chronicle. All rights reserved.

Republication or redistribution of Baltimore Chronicle content is expressly prohibited without their prior written consent.

This story was published on November 22, 2006.

Central Intelligence Agency



Washington, D.C. 20505

**DEC 1 5 2006**

James H. Lesar, Esquire
1003 K Street, N.W., Suite 640
Washington, DC 20001

Reference: F-2007-00419

Dear Mr. Lesar:

The office of the Information and Privacy Coordinator has received your 7 December 2006 Freedom of Information Act (FOIA) request on behalf of your client, Mr. David Talbot, for records regarding **George Joannides, David Morales, and Gordon Campbell.** We have assigned your request the reference number above. Please use this number when corresponding so that we can identify it easily.

Our records indicate you have outstanding balances in the amounts of $66.50 and $300.00 from two previous FOIA requests, F-1997-02111 and F-1999-01937, respectively (enclosed). In accordance with our Code of Federal Regulations, *requests and appeals on requests, referrals, or coordinations received from members of the public who owe outstanding fees for information services at this or other federal agencies will not be accepted and action on all pending requests shall be terminated in such circumstances.* Therefore we are canceling your case.

If you wish to settle your account, please send me your check or money order in the amount of $ 366.50 payable to the *Treasurer of the United States* citing Reference Numbers F-1997-02111 and F-1999-01937 to ensure proper credit to your account. Once the balance has been paid in full, you may resubmit your request.

Sincerely,

Scott Koch
Information and Privacy Coordinator

**Exhibit 2**

Enclosures

JAMES H. LESAR

ATTORNEY AT LAW
1003 K STREET, N.W., SUITE 640
WASHINGTON, D.C. 20001
———
TELEPHONE (202) 393-1921
FAX (202) 393-7310

## FREEDOM OF INFORMATION ACT REQUEST

December 23, 2006

Mr. Scott Koch
Freedom of Information and Privacy
Coordinator
Central Intelligence Agency        VIA EMAIL AND CERTIFIED MAIL
Washington, D.C. 20505             NO. 7002 2410 0006 2154 7384

         Re:  F-2007-00419

Dear Mr. Koch:

In your letter dated December 15, 2006 you advised me that you
would not accept the above request which I made on behalf of Mr.
David Talbot because two other clients of mine owed money for
searches allegedly conducted in response to their requests of a
decade ago.  Since I did not submit any of these requests on my
own behalf but on the behalf of others, I believe you have
improperly applied your regulation to this situation.

Nevertheless, I enclose a check in the amount of $366.50 to pay
for the amount claimed to be owing on the referenced requests,
F-1997-02111 and F-1999-01937.  I should add that I have no
record or recollection of ever having received the October 27,
1999 letter from Ketheryn I. Dyer advising me that $66.50 in
search fees had been incurred with regard to request
F-1997-02111.  I also note that Ms. Dyer's October 27, 1999
letter was sent to an address I had moved from some four months
before.

                    Sincerely yours,

                    James H. Lesar

Exhibit 3

JAMES H. LESAR

ATTORNEY AT LAW
1003 K STREET, N.W., SUITE 640
WASHINGTON, D.C. 20001

TELEPHONE (202) 393-1921
FAX (202) 393-7310

January 12, 2007

Mr. Scott Koch
Freedom of Information and
    Privacy Coordinator
Central Intelligence Agency
Washington, D.C. 20505                VIA FACSIMILE

Re: F-2007-00419

Dear Mr. Koch:

By letter dated January 3, 2007, I resubmitted the above-referenced request of my client, Mr. David Talbot, for expedited treatment pursuant to 5 U.S.C. 552(a)(6)(E). The CIA letter received this letter on January 8, 2007, making your response due on or before January 18, 2007.

In further support of that application, I wish to inform you that Mr. Talbot and another reporter have signed a contract to do a story for New Yorker magazine which will report on the claim made on BBC-TV that three CIA officers connected to your JM/WAVE station were present at the Ambassador Hotel in Los Angeles the night Senator Robert F. Kennedy was assassinated. Their deadline for submitting their story is March 1, 2007. Thus, a response to Mr. Talbot's request is urgently needed.

As soon as you have made your determination of Mr. Tablot's request, I would appreciate notification by fax or telephone as to the nature of the determination and, if documents will be released, the time and method of their transmittal to me.

To clarify the request, I ask that any photographs be provided in duplicate 8x10 glossies with negatives of each photograph.

Sincerely yours,

James H. Lesar

James H. Lesar

Exhibit 4

Central Intelligence Agency



Washington, D.C. 20505

JAN 2 3 2007

James H. Lesar, Esquire
1003 K Street, N.W., Suite 640
Washington, DC 20001

Dear Mr. Lesar:

The office of the Information and Privacy Coordinator has received your 3 Januray 2007 Freedom of Information Act (FOIA) request, received in this office on 12 January 2007, on behalf of your client, Mr. David Talbot. Our officers will review it, and will advise you should they encounter any problems or if they cannot begin the search without additional information.

You have requested expedited processing. We handle all requests in the order we receive them: that is, "first-in, first-out." We make exceptions to this rule only when a requester establishes a compelling need under the standards in our regulations. A "compelling need" exists: 1) when the matter involves an imminent threat to the life or physical safety of an individual, or 2) when a person primarily engaged in disseminating information makes the request and the information is relevant to a subject of public urgency concerning an actual or alleged Federal government activity. Your request does not demonstrate a "compelling need" under these criteria and, therefore, we deny your request for expedited processing.

We have assigned your request Reference No. F-2007-00555. Please use this number when corresponding with us about this request so that we can identify it easily.

Sincerely,

Scott Koch
Information and Privacy Coordinator

**Exhibit 5**

JAMES H. LESAR

ATTORNEY AT LAW
1003 K STREET, N.W., SUITE 640
WASHINGTON, D.C. 20001
——
TELEPHONE (202) 393-1921
FAX (202) 393-7310

**February 21, 2007**

**Mr. Scott Koch**
**Freedom of Information and Privacy**
      **Coordinator**
**Central Intelligence Agency**
**Washington, D.C. 20505**

        Re:  **F-2007-0555**

**Dear Mr. Koch:**

        **Please be advised that my client, Mr. David Talbot, hereby withdraws that part of his above-referenced request which pertains to Gordon Campbell.**

                        **Sincerely yours,**

                        **James H. Lesar**

**Exhibit 6**

JAMES H. LESAR

ATTORNEY AT LAW
1003 K STREET, N.W., SUITE 640
WASHINGTON, D.C. 20001
———
TELEPHONE (202) 393-1921
FAX (202) 393-7310

## FREEDOM OF INFORMATIN ACT REQUEST

January 12, 2007

The Departmen of State
Research and L aison Branch
1111 19th Street, N.W.
Room 500                              VIA CERTIFIED MAIL NO.
Washington, D.C. 20524                7005 1160 0002 9259 7662

     Re: Visa and Passport Records on David
       Morales and Gordon Campbell

Dear Sir or Madam:

     I represent Mr. Jefferson Morley, a reporter for The Washington Post.Com .
Pursuant to the Freedom of Information Act 5 U.S.C. 552, et seq., Mr. Morley requests
all passport and visa records pertaining to Mr. George Joannides during the years 1963-
1964 and 1967-1968. He requests that the processing of this request be expedited
pursuant to 5 U.S.C. 552(a)(6)(E)(1).

     The search for these records should include a search under any code names,
cryptonyms, pseudonys or aliases used by Mr. Joannides. Mr. Joannides is known to
have used the name "Walter Newby."

     Mr. Joannides is a deceased former CIA officer. (A of an obituary is attached.)
On November 20, 2006, BBC-TV ran a documentary which reported that three former
CIA officials who had worked at the CIA's JM/WAVE station in Miami, Florida during
the 1960s had been identified as appearing in photographs taken at the Ambassador Hotel
in Los Angeles the night Senator Robert F. Kennedy was assassinated. One of these
three, David Morales, has long been the subject of speculation that he was involved in the
assassination of President Kennedy, and on at least two occasions he is said to have
statements implicating himself in the President's assassination, and on one occasion, the
assassination of Senator Robert Kennedy as well.

     These allegations, which appear to be backed by some credible witnesses, raise
issues of great public urgency. If true, the implications are potentially far-reaching and
explosive. If the allegations made on the BBC program are not founded in fact, the
public record should be clarified to show that as soon as possible.

Exhibit 7

2

Mr. Morley and another reporter have signed a contract with The New Yorker Magazine to write a story reporting on the BBC-TV allegations. Their publication deadline is March 1, 2007.

In addition to the BBC-TV documentary, these allegations were the subject of an article in The Guardian., a copy of which is attached. The Baltimore Chronicle also ran a lengthy article by a British historian calling for a reopening of both the JFK and RFK assassinations. A copy of this article is also attached.

The BBC program also generated significant discussions in the comment boards for both The Guardian and BBC-TV web sites. Furthermore, the popular news aggregator del.i cio.us.com 57 people have stored the British story for future reference. Looking at the sites daily ranking, this indicates that the BBC-TV allegations are probably among the five or ten most referenced Web articles. See: http://del.icio.us/popular/?new for the period November 20-December 7, 2006.

As an author and journalist, Mr. Morley is a "representative of the news media" and cannot be charged search fees. 5 U.S.C. 552(a)(4)(A)(ii)(II).

The FOIA provides that you have ten calendar days to make a determination whether or not to expedite processing of this request. Please advise me of you decision by fax or email. My fax number is (301) 657-3699. My email address is jlesar@mindspring.com.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Sincerely yours,

James H. Lesar

Felsinger of Coolidge; eight grandchildren and one great-grandson.

## David Morales

WILLCOX: Services for David Sanchez Morales, 52, who died May 8 in Tucson, were held at Sacred Heart Catholic Church with Fr. John Williams officiating.

Burial was in Sunset Cemetery, under direction of Westlawn Chapel and Mortuary.

Mr. Morales was born Aug. 26, 1925, in Phoenix, and had maintained an Arizona home while working for the Foreign Service, much of the time as a consular. He moved to Willcox two years ago upon retirement, and became active in civic affairs, including the Willcox Lions Club and as adjutant for the American Legion Post in Willcox.

He was graduated from the University of California at Los Angeles in 1947, and was a football player while a student at Phoenix Union High School.

Surviving are his wife, Joan, of Willcox; four daughters, Juanita Gago of Studio City, Calif.; Martha J. Morales of Bakersfield, Calif., and Maureen and Marianne Morales, both of Willcox; four sons, James of Newton, Mass., Anthony of Amherst, Mass., and Ernesto and Gregory, both of Willcox; two brothers, Raymond and Robert Morales, both of Phoenix; two sisters, Carmen Fronteres and Frances Baguio, both of Arvin, Calif., and one grandchild.

## Eleanor Dustin

RYLAS: Services for Mrs.


**UNITED STATES**
**POSTAL SERVICE**®

Home | Help | Sign In

**Track & Confirm**    **FAQs**

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1160 0002 9259 7662**
Status: **Delivered**

Your item was delivered at 11:17 AM on January 18, 2007 in
WASHINGTON, DC 20524.

**Additional Details >**    **Return to USPS.com Home >**

Track & Confirm

Enter Label/Receipt Number.

**Go >**

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    **Go >**

 **POSTAL INSPECTORS**     site map   contact us   government services   jobs   **National & Premier Accounts** 
**Preserving the Trust**                  Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

Exhibit 8

JAMES H. LESAR

ATTORNEY AT LAW
1003 K STREET, N. W., SUITE 640
WASHINGTON, D.C. 20001
———
TELEPHONE (202) 393-1921
FAX (202) 393-7310

February 21, 2007

Department of State
Research and Liaison Branch
1111 19th Street, N.W.
Washington, D.C. 20524

    Re:  January 12, 2007 FOIA Request
         of Mr. Jefferson Morley

Dear Sir or Madam:

    By letter dated January 12, 2007, I submitted a request on
behalf of Mr. Jefferson Morley for visa and passport records per-
taining to George Joannides, David Morales, and Gordon Campbell
during the years 1963-1964 and 1967-19681.  Your office received
the letter on January 18, 2007.

    This is to advise that the request for records pertaining to
Gordon Campbell is withdraw.

                Sincerely yours,

                James H. Lesar

Exhibit 9