UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID TALBOT and JEFFERSON MORLEY </br></br> Plaintiffs, </br></br> v. </br></br> CENTRAL INTELLIGENCE AGENCY and U.S. DEPARTMENT OF STATE </br></br> Defendants. | Civil Action No. 07-0277 (RJL) |

ANSWER TO FIRST AMENDED COMPLAINT

Defendants respectfully submit this Answer to plaintiff's First Amended Complaint using the paragraph numeration in the complaint:

1. Paragraph 1 is an introductory statement containing plaintiffs' characterization of their action, for which no answer is required.

2-3. Paragraphs 2-3 defendants at this time are without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraphs 2 and 3 and therefore deny.

4. Admit that the CIA is an agency of the United States government. Defendant CIA has insufficient knowledge or information at this time to form a belief as to the truth of the allegation that CIA has possession and control of the records requested by plaintiff Talbot which are the subject of this action and therefore denies.

5. Admit that the DOS is an agency of the government. Defendants have insufficient knowledge or information at this time to form a belief as to the truth of the allegation that defendant DOS has possession and control of the records requested by plaintiff Morley and therefore deny.

## FIRST CAUSE OF ACTION

6. Admit the plaintiff Talbot, through his attorney, submitted to CIA a letter dated December 7, 2006; the letter speaks for itself.

7. Deny. The letter speaks for itself.

8. Admit that the letter requested expedited processing, otherwise, the letter speaks for itself.

9-12. The letter speaks for itself.

13. First sentence admit. Second and third sentence deny; the document speaks for itself. Fourth sentence admit.

14. Admit

15. Admit that counsel for plaintiff Talbot sent a letter to the CIA dated January 12, 2007; the letter speaks for itself..

16. Admit that the CIA sent a letter dated January 12, 2007, to counsel for plaintiff Talbot. The letter speaks for itself.

17. Admit that counsel for plaintiff Talbot sent a letter dated February 21, 2007, to CIA. The letter speaks for itself.

18. Admit as of the time of the filing of the complaint.

19. Admit as to the request to the CIA.

20. Deny.

21. Defendant CIA has insufficient knowledge or information at this time to form a belief as to the truth of the allegation and therefore denies.

22. Deny.

## SECOND CAUSE OF ACTION

23. Paragraphs 1-22 of defendants' answer are realleged herein by reference. Defendant DOS further avers that the allegations of paragraphs 6-22 pertain solely to a cause of action against the CIA to which no response is required, to the extent a response is deemed to be required, denied.

24-28. Defendant CIA states that the allegations in paragraphs 24-28 refer solely to a cause of action asserted by plaintiff Morley against defendant DOS, to which no response is required. To the extent a response is deemed to be required, denied.

24. Sentences 1-2: Defendant DOS admits that plaintiff Morley through his attorney submitted a letter dated January 12, 2007 and that the letter speaks for itself. Defendant further avers that the letter was addressed to the Department's Research and Liaison Branch, which is part of the Department's Office of Passport Services. That is the wrong office to send a FOIA request to the DOS. 22 CFR § 171.5. (Parenthetical statement is denied).

25. Deny. Defendant DOS further avers that the appropriate office, the Office of Information Programs and Services (IPS), received the letter from the Office of Passport Services on February 28, 2007.

26. Plaintiff's letter speaks for itself.

27. Denied.

28. Defendant DOS has insufficient knowledge or information at this time to form a belief as to the truth of allegations concerning what plaintiff or his counsel have received and

therefore denies.

The remainder of the complaint is plaintiffs' prayer for relief, to which no response is required; to the extent a response is deemed to be required, defendants deny that plaintiffs are entitled to any relief.

Additionally, any allegations contained in plaintiffs' complaint which are not specifically admitted herein, are denied.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970