UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID TALBOT, et al          :
                             :
        Plaintiffs           :
                             :
v.                           :   C. A. No. 07-0277 (RCL)
                             :
:CENTRAL INTELLIGENCE AGENCY,:
    et al                    :
                             :
        Defendants           :

## JOINT STATUS REPORT

In accordance with the Court's minute order entered June 1, 2007, the parties set forth the following proposed briefing schedule:

| | |
|---|---|
| Defendants' motion for summary judgment | August 6, 2007 |
| Plaintiffs' opposition and/or cross-motion | September 6, 2007 |
| Defendants' opposition and/or reply | September 21, 2007 |
| Plaintiffs' reply, if any | October 8, 2007 |

Plaintiffs are also submitting a motion to require release of any nonexempt materials in advance of this briefing schedule.

Respectfully submitted,

_____/s/_____                          _____/s/_____
James H. Lesar                                Rhonda C. Fields
D.C. Bar No. 114413                           Assistant United States Attorney
Suite 640                                     Room E4804
Washington, D.C. 20001                        555 Fourth Street, N.W.
Phone: (202) 393-1921                         Washington, D.C. 2000
                                              Phone: (202) 514-6970

Counsel for Plaintiffs                        Counsel for Defendants

Dated: June 15, 2007