UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID TALBOT, et al.,                :
                                     :
              Plaintiffs             :
                                     :
       v.                            :   Civil Action No. 07-0277 (RCL)
                                     :
CENTRAL INTELLIGENCE AGENCY,         :
       et al.,                       :
                                     :
              Defendants             :

PLAINTIFFS' MOTIN TO REQUIRE RELEASE OF
ALL NONEXEMPT RECORDS ON OR BEFORE JULY 22, 2007

   Come now the plaintiffs, David Talbot and Jefferson Morley, and move this Court for an order requiring defendants to release all nonexempt materials on or before July 22, 2007. A Memorandum of Points and Authorities and a proposed Order are submitted in support of this motion.

   Because defendants' counsel was unable to contact her clients to ascertain their position on this motion, defendants take no position on it at the present time.

                                    Respectfully submitted,

                                    /s/ James H. Lesar
                                    James H. Lesar, #114413
                                    1003 K Street, N.W.
                                    Suite 640
                                    Washington, D.C. 20001
                                    Phone: (202) 393-1921

Dated: June 16, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID TALBOT, et al.,                :
                                     :
         Plaintiffs                  :
                                     :
    v.                               :   Civil Action No. 07-0277 (RCL)
                                     :
CENTRAL INTELLIGENCE AGENCY,         :
    et al.,                          :
                                     :
         Defendants                  :

MEMORANDUM OF POINTS AND AUTHORITIES:

It has been several months since plaintiffs submitted their original Freedom of Information Act request for the records at issue in this case. Defendants have produced no records to date.[1] The volume of records at issue—travel and photographic records pertaining to George Joannides and David Morales—are not likely to be voluminous and defendants have made no claim under Open America v. Watergate Special Prosecution Force, 547 F.2d 605 (D.C.Cir. 1976) or otherwise that there is any justification for further delay in the release of any nonexempt materials. The Freedom of Information Act requires that requested records be made "promptly" available. 5 U.S.C. § 552(b).

Additionally, provision of any nonexempt materials prior to the commencement of the briefing schedule offers a possible opportunity to eliminate or reduce the briefing

---

[1] By letter dated March 2, 2007, the Department of State claimed that plaintiff Jefferson Morley's request had been sent to the wrong address, although it was sent to the address which an employee in the State Department's Frreedom of Information Act office had advised plaintiffs' counsel to send it. By letter dated April 23, 2007, and faxed to the responsible State Deparatment official, Mr. Carrie B. Allen on that date, plaintiffs' counsel clarified the nature of the request and provided additional indentifying information on David Morales, including an obituary. See Attachment 1. No response to that letter has been received in the nearly two months since it was sent.

2

process if dispositive motions amay offers the opportunity to eliminate or reduce that process if plaintiffs are satisfied with the materials produced.

                      Respectfully submitted,

                      James H. Lesar
                      Suite 640
                      1003 K Street, N.W.
                      Washington, D.C. 20001
                      Phone:  (202) 393-1921

                      Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID TALBOT, et al.,               :
                                    :
            Plaintiffs,             :
                                    :
    v.                              :
                                    :  Civil Action No. 07-0277 (RCL)
CENTRAL INTELLIGENCE AGENCY,        :
    et al.                          :
                                    :
            Defendants              :

## ORDER

Upon consideration of plaintiffs' motion to require defendants to release any and all nonexempt materials responsive to plaintiffs' requests on or before July 22, 2007, defendants' response thereto, and the entire record herein, it is by this Court this ___ day of June, 2007, hereby

ORDERED, that on or before July 22, 2007, defendants Central Intelligence Agency and Department of State shall release to plaintiffs any and all nonexempt materials responsive to their requests.

_____
UNITED STATES DISTRIC: COURT

JAMES H. LESAR
ATTORNEY AT LAW
1003 K STREET, N.W., SUITE 640
WASHINGTON, D.C. 20001

TELEPHONE (202) 393-1921
FAX (202) 393-7310   April 23, 2007

Ms. Carrie B. Allen
Requester Communications Branch
Office of Information Programs and Services
U.S. Department of State
Washington, D.C. 20522-8100      via facsimile: (202) 261-8579

Re: Case No. 200701274

Dear Ms. Allen:

Your letter to me of March 2, 2007, states that my January 12, 2007 Freedom of Information Act request on behalf of Mr. Jefferson Morley was sent to the wrong address. On or about that date I called the State Department and asked to be put in touch with someone who could advise me as to whom my request should be submitted. After being transferred at least two or three times, I eventually spoke with an officer who claimed to know the answer. I then sent the request to the address I was given.

The request seeks passport and visa records on George E. Joannides and David Morales. Mr. George Joannides was born in Athens, Greece on July 5, 1922. He died in Houston, Texas on March 9, 1990. His Social Security number was 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.

David Morales is also a subject of this request. Mr. Morales was born August 26, 1925, in Phoenix, Arizona. He died May 8, 1978, in Tucson, Arizona. A copy of his obituary is attached.

As I advised in a letter dated February 21, 2007, the request for records pertaining to Gordon Campbell is withdrawn.

My client will agree to pay for the relevant records. However, he makes this commitment without waiving his right to seek a public interest fee waiver.

Sincerely yours,

James H. Lesar

**Exhibit 1**

j.
ord
ere
ned
16,
ms.
bin
lim
ns,
ohn
ers
en,
od
les
ez.
ge
ne.
ch
ad
ley
ur
he
of
ex-
ic,
a
ld
or
of
lic

e,
is,
of
of
s.
d
of
e
.

k

or
ed
ld
in
rd
is
s,
er

Felsinger of Coolidge; eight grandchildren and one great-grandson.

## David Morales

WILLCOX: Services for David Sanchez Morales, 52, who died May 8 in Tucson, were held at Sacred Heart Catholic Church with Fr. John Williams officiating.

Burial was in Sunset Cemetery, under direction of Westlawn Chapel and Mortuary.

Mr. Morales was born Aug. 26, 1925, in Phoenix, and had maintained an Arizona home while working for the Foreign Service, much of the time as a consular. He moved to Willcox two years ago upon retirement, and became active in civic affairs, including the Willcox Lions Club and as adjutant for the American Legion Post in Willcox.

He was graduated from the University of California at Los Angeles in 1947, and was a football player while a student at Phoenix Union High School.

Surviving are his wife, Joan, of Willcox; four daughters, Juanita Gago of Studio City, Calif.; Martha J. Morales of Bakersfield, Calif., and Maureen and Marianne Morales, both of Willcox; four sons, James of Newton, Mass., Anthony of Amhurst, Mass., and Ernesto and Gregory, both of Willcox; two brothers, Raymond and Robert Morales, both of Phoenix; two sisters, Carmen Fronteres and Frances Baguio, both of Arvin, Calif., and one grandchild.

## Eleanor Dustin

BYLAS: Services for Mrs.