UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID TALBOT and<br>JEFFERSON MORLEY<br><br>    Plaintiffs,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY<br>and<br>U.S. DEPARTMENT OF STATE<br><br>    Defendants. | Civil Action No. 07-0277 (RJL) |

CONSENT MOTION FOR EXTENSION OF TIME

  Defendant Department of State respectfully submits this consent motion for an extension of time until July 16, 2007, to file a response to plaintiff's motion to produce. The response currently is due on July 2, 2007. Defendant is unable to file its response on July 2, 2007 because it needs additional time to obtain and coordinate responses of different parts of the agency and due to the holiday schedule.

  This is defendant's first request for an extension of time to respond to plaintiff's motion. Plaintiff counsel has been consulted by telephone and he consents to this motion.

Therefore it is respectfully requested that defendant's motion be granted.

A proposed order is attached.

Respectfully Submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID TALBOT and )
JEFFERSON MORLEY )
)
       Plaintiffs, )
)
v. )   Civil Action No. 07-0277 (RJL)
)
CENTRAL INTELLIGENCE AGENCY )
and )
U.S. DEPARTMENT OF STATE )
)
       Defendants. )

ORDER

Upon consideration of the consent motion for an extension of time until July 16, 2007, for the Department of State to respond to plaintiff's motion to produce, it is hereby

ORDERED that the motion is GRANTED, and the defendant shall file its response on or before July 16, 2007.

Date: _____
       UNITED STATED DISTRICT COURT JUDGE