UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID TALBOT and<br>JEFFERSON MORLEY<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CENTRAL INTELLIGENCE AGENCY<br>and<br>U.S. DEPARTMENT OF STATE<br><br>　　　　　Defendants. | Civil Action No. 07-0277 (RJL) |

**DEPARTMENT OF STATE'S OPPOSITION TO
PLAINTIFFS' MOTION TO REQUIRE RELEASE OF ALL NONEXEMPT RECORDS**

　　　　Defendant Department of State respectfully submits this Opposition to Plaintiffs' Motion to Require Release of All Nonexempt Records On or Before July 22, 2007. Plaintiff Morley submitted a FOIA request to the Department of State. His motion requested that documents the defendant believes to be non-exempt be provided to him prior to the commencement of the briefing schedule, in order "to eliminate or reduce the briefing process if plaintiffs are satisfied with the materials produced." Plaintiff's Memorandum at p. 1-2. Defendant has released all non-exempt records by correspondence to plaintiffs' counsel dated July 16, 2007. See attachment A.

1

Therefore, plaintiff's motion is moot, and should be denied. *See e.g.Pharmachemie B.V. v. Barr Laboratories, Inc.*, 276 F.3d 627, 631 (D.C.Cir.2002).

.

Respectfully Submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH  CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970

```
** JOB STATUS REPORT **                AS OF  JUL 16 2007 17:25    PAGE.01
                                              A/RPS/IPS

    JOB #850

        DATE  TIME       TO/FROM         MODE    MIN/SEC   PGS    STATUS
   001  7/16  17:23     913016573699     EC---S   01'19"   005      OK
```

DEPARTMENT OF STATE
A/RPS/IPS/CR/MPD, SA-2
WASHINGTON, D.C. 20522-8100

## UNCLASSIFIED ONLY

JUL 16 2007

A/RPS/IPS/CR/MPD FAX COVER SHEET



TO: James H. Lesar, Esq        FROM: Minerva Rodriguez-Andujar

PHONE: _____          PHONE: (202) 261-8313

FAX PHONE: (301) 657-3699      FAX PHONE: 261-2232 or x4-2232

NUMBER OF PAGES (INCLUDING COVER SHEET): 5

COMMENTS: Attached please find letters Re: Litigation Cases 200701176 And 200703072. Originals being placed in the mail today.

NOTICE: THIS METHOD OF TRANSMISSION MUST NOT BE USED FOR CLASSIFIED INFORMATION OR FOR ORIGINAL ACTIONS, REPORTING, POLICY, PROPOSAL, DECISIONS AND IDENTIFICATION OF OPERATIONAL PROBLEMS. THESE TYPES OF INFORMATION MUST BE SENT THROUGH ESTABLISHED FORMAL CHANNELS FOR APPROPRIATE REGISTRY AND INCORPORATION IN AN OFFICIAL SYSTEM OF RECORD IN THE DEPARTMENT OR POST. FACSIMILE MAY BE USED FOR COPIES OF SUCH REGISTERED IN A FORMAL SYSTEM OF RECORDS.

## UNCLASSIFIED USE ONLY



**United States Department of State**

*Washington, D.C. 20520*

Case No.: 200701176
PPT and VO segments

JUL 16 2007

James H. Lesar, Esq.
Attorney-at-Law
1003 K Street N.W.
Suite 640
Washington, D.C. 20001

Dear Mr. Lesar:

I refer to your letters dated January 12, February 21 and April 23, 2007, requesting, on behalf of your client, Mr. Jefferson Morley, release of visa and passport records pertaining to George E. Joannides, under the provisions of the Freedom of Information Act (Title 5 USC Section 552).

We initiated searches in the following record systems: the Office of Passport Services and the Office of Visa Services. These searches have been completed, resulting in the retrieval of three documents that appear responsive to your request. The disposition of these three documents is explained in a separate letter from the Office of Passport Services. As noted in that letter, the excisions are in accordance with subsection (b)(6) of the Freedom of Information Act, as release of the excised information would constitute a clearly unwarranted invasion of the personal privacy of another person, without written authorization from that person. All non-exempt material that is reasonably segregable from the exempt material has been released. In addition, on national security grounds we can neither confirm nor deny the potential existence of records under, in the words of your request letter, "code names, cryptonyms, pseudonys [sic], or aliases."

The Freedom of Information Act provides for the recovery of the direct cost of duplicating records requested for non-commercial use by a representative of the news media. However, no fee is charged if the cost of collecting and processing the fee exceeds the amount of the fee. Since billable costs in this case do not exceed $10.00, your request has been processed without charge to you.

- 2 -

We have now completed the processing of your case. If you have any questions with respect to our handling of your request, you may write to the Office of Information Programs and Services, Room 8100, SA-2, Department of State, Washington, D.C. 20522-8100. Please be sure to refer to the case number shown above in all correspondence about this case.

We hope that the Department has been of service to you in this matter.

                 Sincerely,

                 Margaret P. Grafeld, Director
                 Office of Information Programs and Services



**United States Department of State**

*Washington, D.C. 20520*

Case No.: 200703072
PPT and VO segments
JUL 16 2007

James H. Lesar, Esq.
Attorney-at-Law
1003 K Street, N.W. Suite 640
Washington, D.C. 20001

Dear Mr. Lesar:

I refer to your letters dated January 12, 2007 and April 23, 2007, requesting on behalf of your client, Mr. Jefferson Morley, under the provisions of the Freedom of Information Act (Title 5 USC Section 552), release of certain records maintained by the Department of State. This case concerns the request for passport and visa records pertaining only to Mr. David Morales (DOB: August 26, 1925, Phoenix, Arizona). Your request concerning Mr. George Joannides has been treated separately.

We initiated searches in the following record systems: the Office of Visa Services, and the Office of Passport Services. These searches have been completed, resulting in the retrieval of one document that appears responsive to your request. A separate letter to you from the Office of Passport Services discusses the disposition of this one document. As noted in that letter, the excisions are in accordance with subsection (b)(6) of the Freedom of Information Act, as release of the excised information would constitute a clearly unwarranted invasion of the personal privacy of another person, without written authorization from that person. All non-exempt material that is reasonably segregable from the exempt material has been released.

The Freedom of Information Act provides for the recovery of the direct cost of duplicating records requested for non-commercial use by a representative of the news media. However, no fee is charged if the cost of collecting and processing the fee exceeds the amount of the fee. Since billable costs in this case do not exceed $10.00, your request has been processed without charge to you.

We have now completed the processing of your case. If you have any questions with respect to our handling of your request, you may write to the Office of Information Programs and Services, Room 8100, SA-2, Department of State, Washington, D.C. 20522-8100. Please be sure to refer to the case number shown above in all correspondence about this case.

We hope that the Department has been of service to you in this matter.

Sincerely,

Margaret P. Grafeld, Director
Office of Information Programs and Services



**United States Department of State**
*Washington, D.C. 20520*

July 16, 2007

In reply refer to:
CA/PPT/L/LE – MORALES, David
Case Control Number: 200703072

James H. Lesar
Attorney at Law
1003 K Street N.W., Suite 640
Washington, DC 20001

Dear Mr. Lesar:

    Reference is made to your letters to the Department of State dated January 12, February 21, and April 23, 2007, on behalf of your client, Mr. Jefferson Morley, requesting the release of records pertaining to David Morales under the provisions of the Freedom of Information Act (5 U.S.C. § 552).

    The Department of State, Passport Services has completed a search of its records. The search for passport records has resulted in the retrieval of one document that appears to be relevant to your request. After careful review of this document, we have determined that the document may be released in part. The excision is in accordance with subsection (b)(6) of the Freedom of Information Act. The release of this information to your client would be an invasion of the personal privacy of another person, without written authorization from that person. Please see the enclosed Table of Exemptions, which identifies the subsection of the

-2-

statute referenced above for a summary of the citation that is applicable. All non-exempt material that is reasonably segregable from the exempt material has been released.

Sincerely,

Gail E. Neelon, Director
Office of Legal Affairs and Law Enforcement Liaison
Bureau of Consular Affairs
Passport Services

Enclosures:
As stated

-3-

In reply refer to:
CA/PPT/L/LE – MORALES, David
Case Control Number - 200701176

### TABLE OF EXEMPTIONS - FOIA

| Subsections | Excise | Deny | Total |
|---|---|---|---|
| (b)(6) | 1 | 0 | 1 |
| Total | 1 | 0 | 1 |

### FREEDOM OF INFORMATION ACT EXEMPTIONS
### 5 USC §552

Subsection (b)(6) exempts materials that would constitute a clearly unwarranted invasion of the personal privacy of another person.



United States Department of State

*Washington, D.C. 20520*

July 16, 2007

In reply refer to:
CA/PPT/L/LE – JOANNIDES, George E.
Case Control Number: 200701176

James H. Lesar
Attorney at Law
1003 K Street N.W., Suite 640
Washington, DC 20001

Dear Mr. Lesar:

　　Reference is made to your letters to the Department of State dated January 12, February 21, and April 23, 2007, on behalf of your client, Mr. Jefferson Morley, requesting the release of records pertaining to George E. Joannides, under the provisions of the Freedom of Information Act (5 U.S.C. § 552).

　　The Department of State, Passport Services has completed a search of its records. The search for passport records has resulted in the retrieval of three documents that appear to be responsive to your request. After careful review of these documents, we have determined that the documents may be released with excisions. The excisions are in accordance with subsection (b)(6) of the Freedom of Information Act. The release of this information to your client would be an invasion of the personal privacy of another person, without written authorization from that person. Please see the enclosed

Table of Exemptions, which identifies the subsection of the statute referenced above for a summary of the citation that is applicable. All non-exempt material that is reasonably segregable from the exempt material has been released.

Sincerely,

Gail E. Neelon, Director
Office of Legal Affairs and Law Enforcement Liaison
Bureau of Consular Affairs
Passport Services

Enclosures:
As stated

In reply refer to:
CA/PPT/L/LE – JOANNIDES, George E.
Case Control Number - 200701176

## TABLE OF EXEMPTIONS - FOIA

| Subsections | Excise | Deny | Total |
|---|---|---|---|
| (b)(6) | 3 | 0 | 3 |
| Total | 3 | 0 | 3 |

## FREEDOM OF INFORMATION ACT EXEMPTIONS
## 5 USC §552

Subsection (b)(6) exempts materials that would constitute a clearly unwarranted invasion of the personal privacy of another person.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID TALBOT and<br>JEFFERSON MORLEY<br><br>    Plaintiffs,<br><br> v.<br><br>CENTRAL INTELLIGENCE AGENCY<br>and<br>U.S. DEPARTMENT OF STATE<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-0277 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

Upon consideration of plaintiffs' motion to require the Department of State to release nonexempt records on or before July 22, 2007, and the Department of State's opposition thereto, it is hereby

ORDERED that plaintiff's motion is DENIED.


Date: _____

                UNITED STATES DISTRICT COURT JUDGE