UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID TALBOT, et al.          :
                              :
        Plaintiffs            :
                              :
    v.                        :   C. A. No. 07-0277 (RCL)
                              :
CENTRAL INTELLIGENCE AGENCY,  :
    et al.                    :
                              :
        Defendants            :

MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANT
CENTRAL INTELLIGENCE AGENCY'S MOTION TO STAY PROCEEDINGS

Come now the plaintiffs, David Talbot and Jefferson Morley, and move this Court for an extension of time, to and including July 19, 2007, within which to respond to the motion of defendant Central Intelligence Agency to stay proceedings. As grounds for this motion, plaintiffs represent to the Court as follows:

1. Plaintiffs' opposition to the CIA's motion to stay is due this date.

2. On July 16, 2007, Defendant Department of State filed a responwe to plaintiff's motion to compel release of all nonexempt records by July 22nd.

3. Plaintiffs' wish to address both of defendants' filings in the same response.

4. Counsel for plaintiffs contacted counsel for defendants on the afternoon of July 16th to get their position on this motion. She said she contact her client and advise what their position was. By close of business, no response had been received.

2

Respectfully submitted,

*/s/ James H. Lesar*
_____
JAMES H. LESAR #114413
1003 K Street, N.W.
Suite 640
Washington, D.C. 20001
Phone: (202) 393-1921

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID TALBOT, et al.          :
                              :
        Plaintiffs            :
                              :
    v.                        :    C. A. No. 07-0277 (RCL)
                              :
CENTRAL INTELLIGENCE AGENCY,  :
    et al.                    :
                              :
        Defendants            :

Upon consideration of plaintiffs' motion for an extension of time, and the entire record herein, it is by this Court this ____ date of July, 2007, hereby

ORDERED, that plaintiffs' shall have until July 19, 2007 to rrespond to defendant CIA's motion to stay proceedings.

_____
UNITED STATES DISTRICT JUDGE