UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                     )
DAVID TALBOT and                     )
JEFFERSON MORLEY                     )
                                     )
            Plaintiffs,              )
                                     )
                                     )
      v.                             )    Civil Action No. 07-0277 (RJL)
                                     )
CENTRAL INTELLIGENCE AGENCY          )
and                                  )
U.S. DEPARTMENT OF STATE             )
                                     )
            Defendants.              )
                                     )
_____)
```

MOTION FOR EXTENSION OF TIME

Defendant Department of State respectfully submits this motion for an extension of time until September 20, 2007 to file a dispositive motion in this matter. Pursuant to the status report filed with the Court, the parties suggested that dispositive motions be filed on August 6, 2007.

Undersigned counsel has been informed that the Department State is statutorily required to obtain the approval of the Director of National Intelligence for one of the FOIA exemptions the Department wishes to claim in its declaration in this matter. Agency counsel learned this after the parties submitted their suggested briefing schedule. Agency counsel has advised that due to the interagency coordination required between the Department of State and the Office of the Director of National Intelligence, an additional four to six weeks may be required for the review and processing needed to obtain the approval of the Director and for finalization of the declaration. Defendant's motion cannot be filed without a completed declaration. This is

defendant's first request for an extension of time to file its dispositive motion. Defendant left an e-mail and voice mail message with plaintiff's counsel concerning this motion but has been unable to consult with him.

Therefore it is respectfully requested that defendant's motion be granted. A proposed order is attached.

Respectfully Submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID TALBOT and JEFFERSON MORLEY<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY and U.S. DEPARTMENT OF STATE<br><br>Defendants. | Civil Action No. 07-0277 (RJL) |

ORDER

Upon consideration of Defendant Department of State's motion for an extension of time until September 20, 2007 to file a dispositive motion in this matter, it is hereby

ORDERED that the defendant shall file its motion on or before September 20, 2007.

Date: _____
UNITED STATES DISTRICT COURT JUDGE