UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID TALBOT, et al.          :
                              :
     Plaintiffs               :
                              :
     v.                       :    C. A. No. 07-0277 (RCL)
                              :
CENTRAL INTELLIGENCE AGENCY,  :
     et al.                   :
                              :
     Defendants               :

**PLAINTIFFS' RESPONSE TO DEPARTMENT OF STATE'S MOTION
MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

Defendant Department of State ("DOS") has filed a motion seeking a six-week extension of time to file its dispositive motion in this case. It had previously represented that it would file its dispositive motion by August 6, 2007. The ground given for the requested extension is the need to consult with the Office of the Director of National Intelligence about an exemption claim. It is difficult to understand why such a long delay is required to deal with a single issue, and no explanation of why this is the case has been provided other than the assertion that inter-agency consultation is required. In the age of instantaneous email communications, it is unclear why a six-week delay is required.

Accordingly, plaintiffs oppose an extension of more than three weeks; that is, beyond August 27, 2007.

Respectfully submitted,

*/s/ James H. Lesar*
JAMES H. LESAR #114413
1003 K Street, N.W.

2

Suite 640
Washington, D.C. 20001
Phone:  (202) 393-1921

Counsel for Plaintiffs

Dated:  August 8, 2007