UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID TALBOT, *et al.*          )
    Plaintiffs,              )
 v.                              )
                                  ) Civil Action No.07-0277 (RJL)
CENTRAL INTELLIGENCE AGENCY,)
    *et al.*,                    )
    Defendants.              )
_____)

DEFENDANT CIA's FIRST STATUS REPORT

Pursuant to the Court's August 8, 2007 Order granting defendant's motion to stay this case under 5 U.S.C. § 552(a)(6)(C) and <u>Open America v. Watergate Special Prosecution Force</u>, 547 F.2d 605 (D.C. Cir. 1976), defendant Central Intelligence Agency ("CIA") respectfully files this status report concerning the processing of plaintiff's request under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Plaintiff's request is for the following records pertaining to George Joannides[1] and David Morales:

---

[1] Regarding that portion of the request relating to Joannides, as plaintiff was notified, records on this individual are the subject of an ongoing litigation, <u>Jefferson Morley v. Central Intelligence Agency</u>, No. 06-5382. Oral argument on whether the district court's determination that the CIA properly processed Mr. Morley's request and justified its withholdings under FOIA Exemptions (b)(1), (b)(2), (b)(3), (b)(5), (b)(6), and (b)(7)(C) and (E), was proper, is scheduled for October 22, 2007.

"1. [a]ll records pertaining to temporary duty (TDY) travel during the period January - December, 1968" and

"2. [a]ll photographs of Joannides and Morales."

The CIA tasked the request to the three components reasonably likely to possess responsive documents, if any exist. Those divisions are: (1) the National Clandestine Service (formerly the Directorate of Operations); (2) the Director of Central Intelligence Agency Area; and (3) the Directorate of Support. As of the filing of this status report, the National Clandestine Service has advised that with respect to the NCS, responsive information, should it exist, would be located in operational files which are exempt by the CIA Information Act, 50 U.S.C. § 431, as amended, from the search, review, publication, and disclosure requirements. The remaining two directorates have not yet completed their searches.

Respectfully Submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____/s/_____
 RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____/s/_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970