UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID TALBOT, et al.          :
                              :
     Plaintiffs               :
                              :
v.                            :   C. A. No. 07-0277 (RCL)
                              :
CENTRAL INTELLIGENCE AGENCY,  :
     et al.                   :
                              :
     Defendants               :

MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANT
DEPARTMENT OF STATE'S MOTION FOR SUMMARY JUDGMENT

Come now the plaintiffs, David Talbot and Jefferson Morley, and move this Court for an extension of time, to and including November 19, 2007, within which to respond to the motion of defendant U.S. Department of State (DOS) for summary judgment. As grounds for this motion, plaintiffs represent to the Court as follows:

1.   Plaintiffs' previously moved for an a continuance to respond to defendant DOS's motion for summary judgment 10 days after plaintiffs completed discovery related to the "Glomar defense" raised by DOS in its motion for summary judgment. On November 5, 2007, this Court entered a minute order denying plaintiffs' motion for a continuance.[1]  The minute order set no time by which plaintiffs' response to DOS's motion for summary judgment is due.

---

[1] As entered, the minute order also states that "defendants" motion for a continuance is denied, but this is an obvious error.

2

2. Plaintiffs' counsel is uncertain exactly when, under these circumstances, his response is due, but presumes it is probably due on November 19th. In any event, counsel had an oral argument is the Court of Appeals on November 13, 2007, and has only now found time to turn his attentions to his response due in this case.

3. Defendants do not oppose this motion.

                                        Respectfully submitted,

                                        _____
                                        JAMES H. LESAR #114413
                                        1003 K Street, N.W.
                                        Suite 640
                                        Washington, D.C. 20001
                                        Phone:  (202) 393-1921

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID TALBOT, et al.** : | |
| Plaintiffs : | |
| v. : | C. A. No. 07-0277 (RCL) |
| **CENTRAL INTELLIGENCE AGENCY,** : | |
| **et al.** : | |
| Defendants : | |

Upon consideration of plaintiffs' unopposed motion for an extension of time, and the entire record herein, it is by this Court this _____ day November, 2007, hereby

ORDERED, that plaintiffs' shall have to and including November 18, 2007 to respond to defendant Department of State's motion for summary judgment.

_____
UNITED STATES DISTRICT JUDGE