UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID TALBOT and<br>JEFFERSON MORLEY<br><br>            Plaintiffs,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY<br>and<br>U.S. DEPARTMENT OF STATE<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-0277 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

UNOPPOSED MOTION FOR EXTENSION OF TIME

    Defendant Department of State respectfully submits this motion for an extension of time of two weeks, to file its response to plaintiff's cross motion for summary judgment and opposition to defendant's motion for summary judgment. The response currently is due on December 3, 2007.

    Some additional information and declaration(s) are required for defendant to complete its response. Agency counsel has advised that approximately two weeks will be required to obtain the information and declaration from the appropriate individuals and obtain approval through the relevant supervisory structure. This is defendant's first request for an extension of time to file its response. Defendant has consulted with plaintiff's counsel concerning this motion, and he has advised that plaintiff does not oppose the motion. Therefore it is respectfully requested that defendant's motion be granted.

A proposed order is attached.

                                        Respectfully Submitted,

                                        _____
                                        JEFFREY A. TAYLOR, D.C. Bar #498610
                                        United States Attorney

                                        _____
                                        RUDOLPH  CONTRERAS, D.C. Bar #434122
                                        Assistant United States Attorney

                                        _____
                                        RHONDA C. FIELDS
                                        Assistant United States Attorney
                                        Civil Division
                                        555 Fourth Street, N.W.
                                        Washington, D.C.  20530
                                        202/514/6970

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID TALBOT and JEFFERSON MORLEY ) ) ) | |
| Plaintiffs, ) ) ) | |
| v. ) ) | Civil Action No. 07-0277 (RJL) |
| CENTRAL INTELLIGENCE AGENCY and U.S. DEPARTMENT OF STATE ) ) ) ) ) | |
| Defendants. ) ) ) | |

ORDER

Upon consideration of Defendant Department of State's unopposed motion for an extension of time of two weeks to file a response in this matter, it is hereby

ORDERED that the defendant shall file its response on or before December 17, 2007.

Date: _____
_____
UNITED STATES DISTRICT COURT JUDGE