UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID TALBOT, et al., | ) |
|        Plaintiffs, | ) |
|        v. | ) Civil Action No. 07-0277 (RJL) |
| CENTRAL INTELLIGENCE AGENCY, et al., | ) |
|  Defendants. | ) |

SECOND STATUS REPORT BY THE
CENTRAL INTELLIGENCE AGENCY

Pursuant to the Court's August 8, 2007 Order granting defendant's Motion for an Open America Stay, the Central Intelligence Agency ("CIA") respectfully files this second status report concerning the processing of plaintiff Talbot's request under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Plaintiff Talbot seeks certain records pertaining to George Joannides and David Morales. Specifically, Talbot has requested "records pertaining to temporary duty (TDY) travel during the period January through December 1968," and "photographs of Joannides and Morales."

The CIA has identified records responsive to that portion of plaintiff's request concerning Mr. Morales, and expects to respond to plaintiff's request by December 31, 2007. On December 7, 2007, the D.C. Circuit Court of Appeals issued a decision in *Morley v. C.I.A.*, 2007 WL 4270576 (D.C. Cir. 2007), which pertains to search requirements in relation to a FOIA request concerning Mr. Joannides. The CIA currently is reviewing that opinion to determine the implications, if any, of that decision on CIA's response in this case. Should it be determined

that the CIA must supplement its response to plaintiff Talbot as a result of the *Morley* decision, CIA may need to request additional time to do so.

Respectfully Submitted,

_____ /s/ _____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____/s/_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970