UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID TALBOT, et al.          :
                              :
     Plaintiffs               :
                              :
v.                            :     C. A. No. 07-0277 (RCL)
                              :
CENTRAL INTELLIGENCE AGENCY,  :
     et al.                   :
                              :
     Defendants               :


UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY
TO DEFENDANT DEPARTMENT OF STATE'S OPPOSITION
TO PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT

Come now the plaintiffs, David Talbot and Jefferson Morley, and move this Court for an extension of time, to and including January 16, 2007, within which to reply to defendants' opposition to plaintiffs' pending cross-motion for summary judgment. As grounds for this motion, plaintiffs represent to the Court as follows:

1. On December 17, 2007, defendants filed an opposition to plaintiffs' pending cross-motion for summary judgment. Under the rules, plaintiffs' reply is due December 28, 2007.

2. On December 18th, five members of plaintiff's counsel's wife's family arrived from Singapore and California to spend the holidays here. On December 27th, two of his wife's brothers from Singapore also arrived in D.C. Under these and other circumstances, counsel has not been able to accomplish much work on the reply so far and will not begin to do so until after New Year's Day.

2

3. Defendants do not oppose this motion.

                                          Respectfully submitted,

*/s/ James H. Lesar*
JAMES H. LESAR #114413
1003 K Street, N.W.
Suite 640
Washington, D.C. 20001
Phone: (202) 393-1921

DATED: December 27, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID TALBOT, <u>et al</u>.          :
                                     :
        Plaintiffs                   :
                                     :
    v.                               :   C. A. No. 07-0277 (RCL)
                                     :
CENTRAL INTELLIGENCE AGENCY,         :
    <u>et al</u>.                    :
                                     :
        Defendants                   :

Upon consideration of plaintiffs' unopposed motion for an extension of time, and the entire record herein, it is by this Court this _____ day December, 2007, hereby

ORDERED, that plaintiffs' shall have to and including January 16, 2008 to reply to defendant Department of State's opposition to plaintiffs' cross-motion for summary judgment

_____
UNITED STATES DISTRICT