UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID TALBOT, et al., | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) Civil Case No. 07-0277 (RJL) |
| v. | ) <br> ) |
| CENTRAL INTELLIGENCE AGENCY, et al, | ) <br> ) |
| Defendants. | ) <br> ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak as counsel for Defendant Central Intelligence Agency in the above-captioned case for the limited purpose of filing the Motion for an Enlargement of Time to Respond, filed this same date.

Dated: December 31, 2007
    Washington, D.C.

                                                    Respectfully submitted,

                                                    /s/
                                                    BRIAN P. HUDAK
                                                    Assistant United States Attorney
                                                    Civil Division
                                                    555 4th Street, NW
                                                    Washington, DC 20530
                                                    (202) 514-7143
                                                    brian.hudak@usdoj.gov