UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID TALBOT, et al.,) <br> ) <br> Plaintiffs,) <br> ) <br> v.) <br> ) <br> CENTRAL INTELLIGENCE AGENCY, et al,) <br> ) <br> Defendants.) <br> ) | Civil Case No. 07-0277 (RJL) |

## MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Central Intelligence Agency ("CIA"), respectfully moves, by and through its undersigned counsel, for an enlargement of time to respond to plaintiff's request under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), for certain records concerning Mr. Morales. Specifically, Defendant requests that the Court extend the deadline for serving such response from December 31, 2007 to January 7, 2008. Defense counsel attempted to contact plaintiff's counsel concerning this request, but was unable to reach him as of this filing. The grounds for such relief are set forth below.

This case arises from plaintiff's request, pursuant to FOIA, for certain records pertaining to George Joannides and David Morales. Specifically, Plaintiff David Talbot has requested, "records pertaining to temporary duty (TDY) travel during the period January through December 1968," and, "photographs of Joannides and Morales." On December 14, 2007, the CIA filed its Second Status Report. In that report, the CIA explained that it had identified certain records responsive to that portion of plaintiff's request concerning Mr. Morales and that it expected to respond to plaintiff's request by December 31, 2007.

Completion of an appropriate response has been delayed because certain necessary employees of the agency have been out of the office during this holiday season. Accordingly, the CIA requests a brief extension of time to formulate an appropriate response. This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents Defendant's first request for an extension of this deadline and, in total, the fourth request for an extension in this action. No other pending deadlines will be affected by granting the requested extension. Allowing Defendant a reasonable extension to formulate an appropriate response serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time to response to plaintiff's request concerning Mr. Morales as described in the Second Status Report be extended to, and including, January 7, 2008. A proposed order is attached.

Dated: December 31, 2007
         Washington, DC

>Respectfully submitted,
>
>JEFFREY A. TAYLOR, D.C. BAR #498610
>United States Attorney
>
>RUDOLPH CONTRERAS, D.C. BAR #434122
>Assistant United States Attorney
>
>       /s/
>BRIAN P. HUDAK
>Assistant United States Attorney
>555 4th Street, NW
>Washington, DC 20530
>(202) 514-7143
>
>*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID TALBOT, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>) Civil Case No. 07-0277 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion for an enlargement of time to respond, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that Defendant Central Intelligence Agency shall have through, and including, January 7, 2008, to respond to plaintiff's request concerning Mr. Morales as described in the Second Status Report by the Central Intelligence Agency.

_____                                    _____
Date                                                                        RICHARD J. LEON
                                                                                    United States District Judge


Copies to Counsel of Record by CM/ECF.