fFORED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID TALBOT, et al.,              :
                                   :
        Plaintiffs                 :
                                   :
v.                                 :    C. A. No. 07-0277 (RCL)
                                   :
CENTRAL INTELLIGENCE AGENCY,       :
    Et al.          :              :
                                   :
        Defendants                 :


UNOPPOSED MOTION FOR FURTHER EXTENSION OF TIME WITHIN
WHICH TO REPLY TO DFENDANT DEPARTMENT OF STATE'S
OPPOSITION TO PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT

Come now the plaintiffs, David Talbot and Jefferson Morley, and move this Court for an extension of time, to and including January 23, 2008, within which to file their reply to defendant Department of State's opposition to their cross-motion for summary judgment. As grounds for this motion, plaintiffs state to the court as follows.

1. As a result of a previous extension, plaintiffs' reply is due January23, 2008.

2. Plaintiffs' counsel has begun working on the reply but still requires a couple of more days to finish it. His progress was interrupted today by a visit to his physical therapist and will be interrupted again on Friday when he undergoes cataract surgery on his right eye. Accordingly, plaintiffs seek an extension until January 23rd.

3. Defendants do not oppose this motion.

                                    Respectfully submitted,

_/s/ James H. Lesar_
James H. Lesar, #114413
1003 K Street, N.W.
Suite 640
Washington, D.C. 20001
Phone: (202) 393-1921

Dated: January 16, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID TALBOT, et al.,            :
                                 :
        Plaintiffs,              :
                                 :
v.                               :
                                 :   C. A. No. 07-0277 (RCL)
CENTRAL INTELLIGENCE AGENCY,     :
    et al.                       :
                                 :
        Defendants               :

# ORDER

Upon consideration of plaintiffs' unopposed motion for a further extension of time, and the entire record herein, it is by this Court this ___ day of January, 2008, hereby

ORDERED, that on or before January 23, 2008, plaintiffs shall file their reply to defendant Department of State's opposition to their cross-motion for summary judgment.

_____
UNITED STATES DISTRIC: COURT

: