fFORED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID TALBOT, et al., :
:
Plaintiffs :
:
v. : C. A. No. 07-0277 (RCL)
:
CENTRAL INTELLIGENCE AGENCY, :
Et al. :
:
Defendants :

UNOPPOSED MOTION FOR FURTHER EXTENSION OF TIME WITHIN WHICH TO REPLY TO DFENDANT DEPARTMENT OF STATE'S OPPOSITION TO PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT

Come now the plaintiffs, David Talbot and Jefferson Morley, and move this Court for an extension of time, to and including January 30, 2008, within which to file their reply to defendant Department of State's opposition to their cross-motion for summary judgment. As grounds for this motion, plaintiffs state to the court as follows.

1. As a result of a previous extension, plaintiffs' reply was due January 23, 2008.

2. Plaintiffs' counsels' schedule for completing the reply brief has been badly disrupted by, among other things, one day lost to assisting someone with an emergency legal problem, one day lost due the need to move file cabinets from his downtown D.C. office to Silver Spring, Maryland and to assist an officer of his Assassinations Archives and Research Center who had arrived from Massachusetts to locate and retrieve

numerous boxes of documents for their transportation to Massachusetts where they will be scanned and put up on the AARC's web site.

3. Additionally, plaintiffs' counsel has learned only within the past couple of days of materials which appear to be helpful to the reply but has not yet been abale to obtain copies of them, and probably will not be able to get them for a few more days.

4. Defendants do not oppose this motion.

Respectfully submitted,

________/s/____________________________

James H. Lesar, #114413
1003 K Street, N.W.
Suite 640
Washington, D.C. 20001
Phone: (202) 393-1921

Dated: January 25, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID TALBOT, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | C. A. No. 07-0277 (RCL) |
| CENTRAL INTELLIGENCE AGENCY, | : | |
| et al. | : | |
| | : | |
| Defendants | : | |

ORDER

Upon consideration of plaintiffs' unopposed motion for a further extension of time, and the entire record herein, it is by this Court this ___ day of January, 2008, hereby

ORDERED, nunc pro tunc that on or before January 30, 2008, plaintiffs shall file their reply to defendant Department of State's opposition to their cross-motion for summary judgment.

______________________________
UNITED STATES DISTRIC: COURT

: