UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID TALBOT, et al., :
:
    Plaintiffs, :
:
v. : Civil Action No. 07-0277 (RCL))
:
CENTRAL INTELLIGENCE AGENCY, :
    et al., :
:
    Defendants :

UNOPPOSED MOTION FOR FURTHER EXTENSION OF TIME

Comes now the plaintiffs=s, David Talbot and Jefferson Morley, and moves this Court for a further extension of time, to and including February 27, 2008, withing which to reply to defendant Department of State's opposition to their cross-mootion for summary judgment. As grounds for this motion, plaintiffs state to the Court as follows:

    1. The Court has graciously extended plaintiffs' time to reply to defendant Department of State's opposition to their cross-motion for summary judgment to February 25, 2008.

    2. Plaintiffs' counsel learned of this extension shortly after he returned from Hong Kong late on February 14th. After recovering from jet lag, he was confronted with a lot of work on other matters that have preoccupied him until now. Although he has a medical appointment on February 26th and a court appearance on February 27th, he believes he will be able to complete the reply by February 27th.

    3. Defendants do not oppose this motion.

2

Respectfully submitted

/s/
James H. Lesar, #114413
1003 K Street, N.W.
Suite 640
Washington, D.C. 20001

Counsel for Plaintiff

Dated: February 25, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLULMBIA

DAVID TALBOT, et al.,                   :
                                        :
    Plaintiffs,                         :
                                        :
v.                                      :   Civil Action No 07-0277 (RCL))
                                        :
CENTRAL INTELLIGENCE AGENCY,            :
    Et al.,                             :
                                        :
    Defendants                 :        :

ORDER

Upon consideration of plaintiffs' unopposed motion for a further extension of time, and the entire record herein, it is by this Court this _____ day of February, 2008, hereby

ORDERED, that plaintiffs shall have until February 27, 2008 to reply to the Department of State's opposition to their motion for summary judgment.

_____
UNITED STATES DISTRICT COURT